PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Gabriel Mercado            Cr.: 20-00973-001
                                                                  PACTS #: 6657091

Name of Sentencing Judicial Officer:    THE HONORABLE JOHN G. KOELTL – SD/NY

Name of New Judicial Officer:           THE HONORABLE CLAIRE C. CECCHI – D/NJ

Date of Original Sentence: 07/08/2020

Original Offense:   Count 1: Conspiracy to Distribute and Possess with the Intent to Distribute Narcotics
                    Count 2: Possessing a Firearm in Furtherance of a Drug-Trafficking Offense
                    Count 3: Conspiracy to Distribute and Possess with the Intent to Distribute Cocaine
                    and Marijuana

Original Sentence: Time Served, 60 months supervised release

Special Conditions: Substance Abuse Testing/Treatment, Search/Seizure

Type of Supervision: Supervised Release            Date Supervision Commenced: 07/08/2020

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On April 12, 2021, the IUS provided a urine sample which tested positive for cocaine. |

U.S. Probation Officer Action:

The IUS was adamant he did not use cocaine and suggested he may have been in contact with the substance while cleaning up outside of his barbershop.  The IUS has been monitored since the positive test and has not provided additional positive tests for cocaine.

Prob 12A – page 2
Gabriel Mercado

At this time, it is requested no further action be taken by the Court.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Patrick T. Hattersley*

By:   PATRICK HATTERSLEY
Senior U.S. Probation Officer

/ ph

APPROVED:

Digitally signed by Luis R. Gonzalez
Date: 2022.01.19 08:50:43 -05'00'

LUIS R. GONZALEZ                     Date
Supervising U.S. Probation Officer

**Please check a box below to indicate the Court's direction regarding action to be taken in this case:**

[X]  No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ]  Submit a Request for Modifying the Conditions or Term of Supervision

[ ]  Submit a Request for Warrant or Summons

[ ]  Other

Signature of Judicial Officer

1/20/2022
Date